UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-26-BR

| | |
|---|---|
| DAVID MURRAY, SR., EXECUTOR OF THE ESTATE OF ROBERY MURRAY, SR., ) ) ) Plaintiff, ) ) v. ) ) SSC SILVER STREAM OPERATING COMPANY, LLC, et al., ) ) ) Defendants. ) | ORDER |

The undersigned hereby RECUSES himself from further participation in this case. The Clerk is DIRECTED to reassign the case to another judge.

This 20 February 2017.

_____
W. Earl Britt
Senior U.S. District Judge