IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NUMBER: 7:17-CV-26-F

| | |
|---|---|
| DAVID MURRAY, SR., EXECUTOR OF THE ESTATE OF ROBERT MURRAY, SR.<br><br>Plaintiff,<br><br>v.<br><br>SSC SILVER STREAM OPERATING COMPANY LLC;<br>SAVASENIORCARE, LLC;<br>SAVASENIORCARE CONSULTING, LLC;<br>SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC;<br>SSC SUBMASTER HOLDINGS LLC;<br>SSC EQUITY HOLDINGS, LLC;<br>SSC SPECIAL HOLDINGS LLC;<br>SPECIAL HOLDINGS PARENT HOLDCO, LLC;<br>MASTER TENANT PARENT HOLDCO, LLC;<br>NORTH CAROLINA HOLDCO, LLC;<br>PROTO EQUITY HOLDINGS, LLC; and<br>TERPAX, INC.<br><br>Defendants. | **AGREED CONSENT ORDER REFERRING CASE TO ARBITRATION** |

THIS MATTER is before the Court on Defendant SSC Silver Stream Operating Company LLC d/b/a Silver Stream Health and Rehabilitation Center, SavaSeniorCare Consulting LLC, and SavaSeniorCare Administrative Services, LLC's ("Arbitration Defendants") Motion to Compel Arbitration and Stay Proceedings.

It appearing unto the Court, as evidenced by the signatures of counsel for the interested parties below, that the parties have agreed to stay this lawsuit and submit this case to binding arbitration, and that the Arbitration Defendants have agreed to waive their claim for attorneys'

fees.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case be stayed and submitted to binding arbitration, and that Defendants' claim for attorneys' fees is waived.

IT IS FURTHER ORDERED that the parties shall submit an Agreed Order of Dismissal within thirty (30) days of the conclusion of the arbitration process. The parties shall file a joint status report within 180 days of the date of this order, and every 180 days thereafter, until conclusion of arbitration. In light of this order, all other pending motions in this matter are DISMISSED AS MOOT, without prejudice.

SO ORDERED, this the 2nd day of June, 2017.

                                                       LOUISE W. FLANAGAN
                                                       United States District Judge

APPROVED FOR ENTRY:

| TIN, FULTON, WALKER & OWEN, PLLC | HAGWOOD ADELMAN TIPTON PC |
|---|---|
| BY: /s/ Sam McGee<br>    Sam McGee (NCBN 25343)<br>    301 East Park Avenue<br>    Charlotte, NC  38203<br>    *Attorneys for Plaintiff* | BY: /s/ Michael E. Phillips<br>    Michael E. Phillips (NCBN 45198)<br>    Carl Hagwood (NCBN 43919)<br>    100 North Churton Street, Suite 204<br>    Hillsborough, NC  37378<br>    *Attorneys for Defendants* |

RANDALL & STUMP, PLLC

BY: /s/ Samuel J. Randall, IV
    Samuel J. Randall, IV (NCBN 25486)
    Ryan D. Stump (NCBN 43243)
    2125 Southend Drive, Suite 253
    Charlotte, NC  38203
    *Attorneys for Plaintiff*